UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMEKA CRAYTON,<br><br>          Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>          Defendant. | ) CIVIL NO. 13-4495 DOC (JCG)<br>) _____<br>)<br>) **[PROPOSED]**<br>) **JUDGMENT OF REMAND**<br>)<br>)<br>)<br>)<br>)<br>) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. section 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

Dated: March 18, 2014           _____
                                 HON. JAY C. GANDHI
                                 UNITED STATES MAGISTRATE JUDGE